Summary Disposition April 17, 2009:

Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we reverse the judgment of the Court of Appeals, vacate the sentences imposed by the Oakland Circuit Court, and remand this case to the trial court for resentencing on the maximum terms of defendant’s sentences only. MCL 769.24; People v Thomas, 447 Mich 390 (1994). The sentencing judge erroneously stated that he did not have authority to reduce the maximum sentence below the statutory maximum. Generally that is true. MCL 769.8(1). Here, however, defendant’s crimes were all “major controlled substance offensefs].” MCL 761.2. For such offenses, the judge has discretion to fix both the minimum and maximum terms within the limits set by statute. MCL 769.9(3); People v Wright, 432 Mich 84, 98-99 (1989); People v Perez, 417 Mich 1100.21 (1983). Accordingly, on remand, the court is not required to reduce the defendant’s maximum sentences, but may exercise its discretion to do so. Court of Appeals No. 277319.